# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Steven C. Mannion |
| v. | : | Magistrate No. 19-6254 (SCM) |
| RENE HUGO MEJIA-JUAREZ,<br>a/k/a "Hugo Mejia-Juarez" | : | **CRIMINAL COMPLAINT** |

I, Ian Patel, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

SEE ATTACHMENT A

I further state that I am a Deportation Officer with the United States Department of Homeland Security, Immigration and Customs Enforcement, and that this complaint is based on the following facts:

SEE ATTACHMENT B

Ian Patel
Deportation Officer
Immigration and Customs Enforcement
U.S. Department of Homeland Security

Sworn to before me and subscribed in my presence,
August 6, 2019 at Newark, New Jersey

HONORABLE STEVEN C. MANNION
UNITED STATES MAGISTRATE JUDGE            Signature of Judicial Officer

## ATTACHMENT A

On or about July 27, 2009 and on or before May 29, 2019, in Passaic County, in the District of New Jersey, and elsewhere, the defendant,

RENE HUGO MEJIA-JUAREZ,
a/k/a "Hugo Mejia-Juarez,"

being an alien, and on or about May 29, 2019, having been deported and removed and departed from the United States while an order of removal was outstanding, did knowingly and voluntarily enter, attempt to enter, and was found in the United States without the Attorney General expressly consenting to the defendant's re-applying for admission to the United States prior to his re-embarkation at a place outside the United States.

In violation of Title 8, United States Code, Section 1326(a).

## ATTACHMENT B

I, Ian Patel, am a Deportation Officer with the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"). I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, and items of evidence. Where statements of others are related herein, they are related in substance and part. Because this complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. The defendant, RENE HUGO MEJIA-JUAREZ, a/k/a "Hugo Mejia-Juarez" (the "Defendant"), is a citizen of El Salvador, and he neither is a citizen nor a national of the United States.

2. On or about June 15, 2009, the Defendant was arrested by ICE in New Jersey.

3. Thereafter, on or about July 6, 2009, the Defendant was ordered removed from the United States to El Salvador by an Immigration Judge sitting in Newark, New Jersey.

4. On or about July 27, 2009, the Defendant was removed from the United States to El Salvador. Shortly before his removal from the United States on or about July 27, 2009, an official from the ICE took a fingerprint from the Defendant.

5. At some point after his July 27, 2009 removal, the Defendant re-entered the United States without permission from either the Attorney General or the Secretary of Homeland Security.

6. On or about September 17, 2018, the Defendant was arrested by law enforcement officers in New Jersey, for multiple drug related offenses, including but not limited to, Manufacture/Distribution of a CDS with the Intent to Distribute, in the Second Degree, in violation of Section 2C:35-5(b)(2) of the New Jersey Code of Criminal Justice.

7. On or about September 19, 2018, the Defendant entered into the custody of ICE in New Jersey.

8. On or about November 1, 2018, the Defendant was removed from the United States to El Salvador. Shortly before his removal from the United States on or about November 1, 2018, an official from the ICE took a fingerprint from the Defendant.

9. At some point after his November 1, 2018 removal, the Defendant re-entered the United States without permission from either the Attorney General or the Secretary of Homeland Security.

10. On or about May 29, 2019, the Defendant was arrested by law enforcement officers in Passaic County, New Jersey.

11. On or about May 30, 2019, the Defendant entered into the custody of ICE in New Jersey.

12. A fingerprint taken from the Defendant from his deportation records for the July 27, 2009 and the November 1, 2018 removals were compared to the Defendant's fingerprint that was taken on or about May 30, 2019 after he entered ICE's custody. All the fingerprints were found to be identical.

13. Prior to the Defendant's reentries into the United States, neither the Attorney General nor the Secretary of Homeland Security consented to the Defendant re-entering the United States. The Defendant also did not receive a waiver allowing him to re-enter the United States.